## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DWAYNE HENRY, )
)
    Petitioner, )
) Civil Action No. 05-349 Erie
v. )
)
WARDEN, FCI MCKEAN, )
)
    Respondent. )

## **MEMORANDUM ORDER**

    This habeas corpus action was received by the Clerk of Court on November 22, 2005, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

    The Magistrate Judge's Report and Recommendation [Doc. No. 28], filed on November 16, 2006, recommended that Petitioner's Petition be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondent. Petitioner filed objections on November 29, 2006 [Doc. No. 29]. After de novo review of the petition and documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

    AND NOW, this 30th day of November, 2006;

    IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DENIED.

    The Report and Recommendation [Doc. No. 28] of Magistrate Judge Baxter, filed on November 16, 2006, is adopted as the opinion of the Court.

                                          s/   Sean J. McLaughlin
                                              United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge